All right we have Pendarvis v. Wilson and Mr. Luck. Thank you your honor. May it please the court. My name is Jason Luck. I'm here representing Trent Pendarvis in this appeal. We are asking the court to reverse the district court and allow Mr. Pendarvis to file his complaint, a complaint, any of the complaints below so that the case can proceed on its merits. Now at its heart this is... How many thousands of pages is the third amended complaint going to be? The third amended complaint is part of the record your honor and it's I believe a very reasonable amount compared to the first though I would argue the first complaint is not completely unreasonable either in light of a lot of other issues and of course I said this is a case about due process but this appeals a lot more about formalism and about litigation and how we practice law these days and how we plead these days because we all know that rule eight only requires us to submit a short and plain statement entitling us to relief. So the district court should have permitted the amendment is that correct? That would be that's my favorite argument your honor there are other grounds for relief. Let me but on that issue would that be it wasn't refused because it was futile so it would be an abuse of discretion standard on that issue you agree with that? It is your honor. Okay can I ask you something going you know backwards I guess in terms of a preliminary issue if we look at the operative complaint at the time of the ruling was the second amended complaint correct this is a brief so I apologize for bringing an issue that's not brief didn't you do with it what you can but up so I'm I know that's not something litigants like to hear maybe but based on the way that's briefed do we have subject matter jurisdiction at all in other words does that second amended complaint you know allege any article 3 jurisdiction? Well your honor if you this is this is partially brief though so this is good you mentioned this one of the issues that I do describe in the briefs is that yes you have to look at these complaints within their greater context and so the four corners of the complaint say this or that well at least we have the benefit in this case if that complaint had been filed in a vacuum as the first complaint there that we I would be in a very bad position right now but it's not it is has the benefit of a record so you make me sure I understand your point it sounds like you're saying yeah second amended complaint on its own may have some you know problems in terms of article 3 jurisdiction but we shouldn't look at it on its own we should look at the first the original complaint and the first amendment complaint well I don't necessarily think you should look at those complaints because they are after all and nullity but you do there are there is evidence attached to them it is part of the record those images those bits of evidence contained within those complaints didn't just disappear after the complaint was amended they still exist and now it's part of the record wait just so I understand your argument is excuse me is that the first complaint is a nullity but the attachments to it are not a nullity well they you get you I mean I don't make sure I understand your argument that that is an argument but that is the one you're you're going with well it's your art your honor it is when I say it is a nullity it's a nullity for the purposes of going forward no one's gonna have to answer it but it doesn't it's not just a it's not just a nullity in that way but we've said it's actually a nullity we can't consider it you can't can't consider the complaint but you want us to consider the attachments traditionally and throughout consideration of motions to dismiss 12b6 motions matters outside the pleadings have been considered when attached to the operative complaint or referenced within or integral to the arguments of the complaint there are ways that a lot of frequently extra pleading materials do get considered by the court and tell me why in the second amended complaint you reference attach or integrate any of the documents you think we should consider give me an example of an attachment that's a nullity that was revived by virtue of incorporation into the second amended complaint so you said example of attachments that would be now I don't have the complaint in front of me right now but again I have to say we have to have a little leeway provided here because there is a record a record of this case that contains a lot more than just simply procedural decisions and so at least as you stand here you have no example that you can give me from the complaint no I can't rattle it off on by memory but it is part of the I appreciate your argument that we have that and maybe it's referenced maybe it's not but it's there and your argument is sounds to be like we can look beyond the second amended complaint that's we'll either agree or not but let's assume you don't prevail on that and there's no article 3 jurisdiction as a result of second amended complaint okay if that's the case can you can we consider the district the decision not to amend do we have can we still consider the argument if we don't have jurisdiction which do you have a position on that it's a fascinating argument your honor but it's personal arguments a question sorry it's a fascinating concept because of course it is something that's a new entry something I didn't have to consider earlier that's why I'm but thinking just top of my head here keep bear in mind that all of these the matter of dismissing the case and amending the pleadings were all considered together I mean there is in the end if the complaint that seeks to replace the second amended complaint does and again we're just going to for a moment for the sake of this argument second minute complaint no jurisdiction the complaint that replaces it does well that would replace it you're permitted to amend yes your honor if you're if we are permitted to amend in effect the motion to dismiss becomes this motion to dismiss the second amendment complaint becomes moot and we're not really discussing we can discuss jurisdiction but the issue of jurisdiction was mooted by the amendment that also seems to correct some of the issues that the magistrate judge had as well so the suppose you can run a foul of Iqbal and Twombly by submitting a that is just totally bare-boned you cited to me the requirements of rule 8 and everything in their pre Iqbal and Twombly state this is one of those claims where the it seems to me that the problem is on the opposite end not that the complaint is too bare-boned but that is too voluminous and the question is when you have a complaint that is this voluminous and here you are about I don't know how many there was something like in the first amendment in the first complaint there were 33 different defendants 92 pages and 101 documents and the amended complaint didn't really cure those deficiencies because there were 32 defendants and 44 pages and numerous pages of exhibits in the left and that raises the question to me what is the district court supposed to do you seem to think that the district court will become sort of a advocate for your position and that the district court has an obligation to fish through all these voluminous documents and I don't understand the district court's job it's the job it's your job to make clear to the district court exactly what causes of action you have and against whom and why and not only is the district court hit with a stupendous task but the defendants have a hard time rummaging through this this all these documents and say well now which cause of action pertains to me and why and what are they pleading and the question is have you given the defendants any kind of fair notice at all and so this kind of this kind of pleading seeks to shift your burden on to the court and on to the and on to the defendants and they're supposed to make sense of something that is very very hard to wade through and so I don't understand why the you had two bites at the apple and the second bite refused or didn't cure the deficiencies that were notified and identified in the first and this just presents a situation where the judicial process is being taken advantage of and that's my concern here you know you're not the only rodeo in town there are a lot of other cases and everything else and district courts and defendants should not be required to do your job for you and how do you get around that well your honor see this is uh so the one of the reasons that the gosh I've lost my train of thought there for a moment the the case itself if you look within the complaints the causes of action do name the injury individual defendants and it's these complaints are long because these are complicated matters now you talk about how many bites at the apple this morning I was looking at these complaints and realizing what I was seeing there and there was first motion first in order to more definite statement that was the order said no embedded exhibits basically take out all the things that within the complaint some other issues so the trial counsel did that he took out what he thought were the exhibits out of the complaint apparently that wasn't what the judge wanted judge said do it again do it this way and he overcorrected on the second minute complaint that's what it looks like to me now it says it's taking advantage of the system on the district court certainly didn't feel that they were corrected that is correct your honor but I do feel like that or my belief in the argument here is that a lot of the district courts mandates are not based on the wall that is binding and see I have my time is up I'll be happy to see you I kind of took you off oh yeah on these article three issues and some things right early on and I felt like they were important but give me your you know just your best argument as to why it was an abuse of discretion I mean obviously it keeps the case from being decided on the merits but why is it an abuse of discretion when you've been given two opportunities is there a case the best case or something that says not just that you want to they could have done it different that it was an abuse of discretion you're talking about the the amendment yeah not training the amendment okay so any abuse of discretion within any abuse of discretion any conclusions of law are still reviewed de novo if a just a decision that is subject to abuse of discretion analysis is based on an error of law then it is still reviewable it is still reviewable de novo so why was well we don't really have a good explanation within that order as to why amendment was denied but if it's premised on the idea that in line exhibits are inappropriate that's not the the orders if it's based on violation of the orders of the magistrate judge from earlier all of those orders are based not based on valid law they're not based on rule 8 they're based on a number of unreported decisions really dealing with pro se litigants I got so your argument is that the the decisions about original complaint and first amended complaint were wrong and that infects the decision not to allow the third amended complaint yes your honor all right I appreciate that the federal rules of the civil procedure it's generally the 30-somethings give the district court a broad discretion to impose a variety of sanctions and there they escalate depend upon the severity of the offense and some of them are for discovery and everything but and rule 11 gives the district court a good bit of discretion with respect to a frivolous complaint and so the combination of I think it's rule 11 and some some of the other federal civil rules which would seem to accord the district court broad discretion when the court discerns an abuse of the of the judicial process here and I've suggested that that an abuse can be committed when there is an opaque mass of documents delivered to curbside to the district court and and ask district judge and the defendant to frame the case for counsel why isn't the shift of responsibilities in essence from the plaintiff's attorney to the what the district court did the district court dismissed this I guess without prejudice it could well have introduced dismissed it with prejudice I mean trying to hold the attorney general liable in some way and dragging the attorney general of South Carolina in the in the court for issuing an advisory opinion I mean how can the district court have done anything wrong when you look at the record in its and the basic indecipherability of what was delivered to the trial judge how can that be an abusive discretion sir well your honor respectfully I don't know if it was I wouldn't consider it indecipherable it was long it was but unfortunately I myself in practice have had to respond to complaints like this there it can be answered you can answer this and move forward and get to discovery and then find out if it needs to be dealt with issues within it need to be dealt with it but if a plausible cause of action is set forth and one of the reasons this complaint is so long and so complex is because of just what you said there these are pretty serious allegations you don't just walk into the courthouse with a 10 page bare bones complaint and say oh I think that's the attorney general's issuing secret advisory opinions that don't get published no you don't make allegations like that without showing up with some a little bit of proof because that's with when you're making a really serious allegation show up with some serious proof show up with as they say the kids say these days show up with the receipts because you will see that's why you see these inline quotes from email after email why you see especially in the first complaint why you see large block quotes sometimes when you allege something serious like this you have 32 claims against how many defendants were there in the second amended complaint I cannot tell you the exact number off the top of my head what I can't tell you the exact number off the top of my head your honor well you should you file a complaint you should know exactly how many defendants are in the second amendment complaint I'll be happy to tell you exact I was I was not trial counsel but I can get you the exact number as soon as I sit down and I'll be back up for a rebuttal soon I thought there was something like 32 defendants that sounds about correct your honor I mean there were 33 defendants that was a deficiency that was pointed out in the first complaint and the only cure that was made was the number of defendants were reduced from 33 to 32 and I don't know how many causes of action there might be but you can't even tell me how many defendants there were in the in the complaint that you filed and what's the district court supposed to do with that and what are these 32 defendants supposed to do with that if you can't tell me how can they unravel it all they'll have the benefit of having the complaint in front of them that's how they can respond to it all right thank you sir thank you I was checking to make sure it was still morning before saying good morning so good morning to you I appreciate the opportunity Daniel Plowler here on behalf of most of the appellees that do have Gene Matthews with me he's going to be speaking specifically on behalf of the Attorney General so we can all hear you thank you your honor sorry about that I'm gonna start with the fact that there is a record in this case and the record in this case shows a continuing and repeated failure to follow the rules these rules are in place to create an efficient process for litigants to come before the court and have matters decided it they're they're they're drafted in ways to ensure fairness to the opposing parties into the court so that everybody's not wasting resources they don't have to and that can be found in rule one this particular complaint that started this whole process violated rule one violated rule eight violated rule ten and as a result was subject to dismissal under rule twelve instead of doing so though the district court gave the appellant an opportunity to file an amended complaint with clear guidelines of how to fix those deficiencies they failed to do so so what do you do I understand that I would what I want you to talk to judge caught a bombs question about jurisdiction to but what do you do with the argument I take your colleagues making on the other side that they didn't really know how to respond or they weren't required to respond with a new complaint that excluded all evidentiary matters I mean that seems like a little bit of an unusual order for a court to give is to say we want you to exclude evidentiary matters may not be embedded which I take to mean included in the complaint I mean that's a pretty unusual story right most complaints include lots of evidence that's the sort of point of having a complaint is to explain what went wrong and how it went wrong and what the evidence is that seems like a pretty unusual like order and so you know I take your colleague complains to be like we didn't really know what to do in that instance like what do you mean remove all the evidence and so in that sense they were between a rock and a hard place what's the response to that so I think when you first off I would like to say I don't think the court has to grapple with that issue because one of the other rule violations here that's done by appellant is a failure to follow rule 72 so this was a non dispositive order that you're speaking to I understand that argument go back to my question first okay so I think when you read that order in context assuming the court gets to it that what the court was saying was you can't embed these things you can't take a screenshot of a portion of a document slap it into a complaint because that would violate why not like why is that not the case I mean if I've got a contract case and it's got a provision that's the key provision you really think the federal rules prohibit you from like taking a screenshot of the actual contract provision and putting it in I do or a photograph you think it the federal rules prohibits you from doing that I think it does and if I could explain why is that so with rule I'm sorry what rule so with rule 10 which requires you did to state and enumerate your allegations that's so that's rule 10 and it's supposed to be as short and concise as possible and not in to get get into multiple issues because then that allows me to answer it so let's say we're talking about paragraph 10 of your complaint you make an allegation I then answer paragraph 10 of your complaint and know exactly what I'm answering but that that's rule 10 the rules also allow you to attach what if I'm sorry to interrupt you but what if instead of taking a screenshot you quoted it you just kept it in the regular text but you quoted some portions of emails that were material to the claims is that a violation of the federal rules I don't believe that would be provided that it complies with rule 10 and stays concise and not mixing issues into paragraphs where we then have to parse out parts we're responding to and other parts that we're not responding to and I do want to address the rules allow you to attach exhibits and that that's allowed but when you start taking portions of a document screenshotting it putting it into an unnumerated a paragraph that's not enumerated it makes the other side in a position of well how do I even respond to that so that is a problem I do I don't with the risk of challenging your patience there judge Richardson I don't want to give up the argument here the rule 72a specifically says a party may not assign as error a defect in the order not timely objected to and that's what happened here they filed no objections to the magistrate's order the first order in February 23 that they decided that your complaint doesn't apply with relate the same thing happened with regards to the second order issued by the magistrate judge which again tried to explain to the litigant how to properly plead a complaint that will satisfy relate they filed no objections to that at all and as a result they have waived their appellate review of those two decisions so then you're stuck with the final order that was issued by judge Hendricks which finally said you've already had three opportunities to file a complaint that satisfies the rules and you fail to do so on three occasions your original complaint your first amended complaint your second amended complaint judge Hendricks was then deciding between two recommendations that have been provided by the magistrate judge the first recommendation is dismissed this case without prejudice that was over our objection by the way we thought at that point it should have been dismissed with prejudice there was an alternative recommendation which is judge Hendricks if you're not going to dismiss this case without prejudice then make them file an amended complaint that that was the recommendation second amended complaint that the ultimate result was to dismiss without prejudice correct that's the recommendation that judge Hendricks chose that's the recommendation that judge Hendricks ultimately did it was a dismissal without prejudice correct basically open to the Court of Appeals with instructions to dismiss with prejudice we would be happy with that result your honor the I do want to touch on I don't think they can you just in this in this context can you tell us if you think it matters the the current July 2025 complaint that's been filed in the district court does that affect us in any way we now have you know it was without prejudice now the plaintiffs appear to have filed effectively the third amended complaint as an initial complaint from from July of 2025 does that affect us in any way or what am I supposed to do with that I don't know that it affects what the analysis courts being asked to make in this appeal but I do want to point out that there is a motion to dismiss pending against that complaint as well so it's not like the appellees in this particular appeal have it have conceded that the current file amended complaint by taking advantage of the without prejudice language of judge Hendricks order somehow met you know satisfied all these rules but I do want to point out that they did not they waive their appellate rights on that as well so under the the magistrate act and the associated rules that is part of the structure of the district court you must file specific written objections or you waive your right to appellate review and with the recommendation that was adopted by judge Hendricks which is you should dismiss this case without prejudice for failure to comply with the rules they never filed specific written objections to that particular recommendation which weighs their power review I mean I mean you and I think the plaintiffs have a lot of obstacles yeah including the article three issues that you haven't addressed yeah I'm not criticizing that by the way but yeah and the abuse of discretion standard and all the things you know preservation issues but yeah we don't decide things for this reason but there's some remarkable allegations that are clear in the complaint I mean there are allegations that immediately after a South Carolina judge says do not destroy the property there is a sled plan for the destruction of property and I know those are just allegations they're not proof I don't know the context or anything but I mean there's some stuff in there that's you know eyebrow-raising and you know it may be maybe that everything here lines up so that that never gets to be addressed in any way because of all the procedural things you're talking about but you know again I just point out that we got to apply the law when we will but you know there's some concern about getting to the merits sometime and your honor if I can address the question kind of in the you said last and then trying to get to the article 3 there's a state court case that was filed by this same litigant on this same factual nexus as far back as August of 21 there too are they there's a separate case on a different factual nexus that has to do with a another illegal crop that he was growing in Marion County not in Dorchester County this factual nexus all arises out of the Dorchester County situation but they filed that case in August of 21 13 months later is when they filed the federal case or attempted to file a federal case that repeatedly didn't comply with the rules I bring that up because this court's decision in the case of and I always pronounce this wrong I think it's Glacier and in the Glacier opinion Glacier v Enzo biochem from 2006 there's a remarkably similar fact pattern in that case they were given four opportunities to amend the complaint was was plagued with they they hid allegations and just I don't think that anybody is contending that the length of a complaint alone is a reason to get rid of them because there are a lot of long complaints and there are a lot of complaints with multiple claims and so you don't want to slide into a rule that says oh well we have a per se rule you can't go over this list link or you can't add this number of claims but what what happened here was wasn't helpful that they were 32 defendants and we don't know how many and I asked you can you tell me how many you can't even tell me how many you're right there's 32 that's that's not good but the problem here was the absence of clarity and the obligation of a complaint to give notice that's a basic due process obligation you have to give notice to the people that you're dragging into court why you've got them in court which cause of action is directed against which defendant and you can't expect lawyers and judges to do what the plaintiff's job is and it is it is a function not purely of length and not purely of the number of claims but it is a function of due process notice which inheres in the whole idea that when someone is taken to court they are entitled to know why and it was and it is quite an undertaking in this instance to tell to figure out why that's that's the problem that I I have is it's it's a sober act to drag someone into court that is not something we ought to do every day and twice on Saturdays when you take the solemn step of dragging somebody into court you may win you may lose but at the outset you have to let that person know that's due process and that is always seemed to me to be a component even if unexpressed in rule 8 and in Iqbal Twombly and and everything like that what does plausibility mean well in part it means let's will give you notice as to why we think this claim is meritorious but the whole idea of notice is embedded in our pleading standards and that was the default I agree completely judge Wilkerson that's the problem this is not just a technical you didn't check all the boxes sort of it's the defendants each individually and and I would point out that in this case we're talking about high-ranking governmental officials in South Carolina that are going to have to stop what they're doing long enough to assist their attorneys to try to make sense of these complaints I mean there's some qualified immunity type public policy things that you could bring into this as well that we should not be burdened with having to decipher an indecipherable document have to do that correct and I agree with you wholeheartedly I brought only to point out that in 2006 this court was faced with a very similar sort of situation and one of the things that pointed out was you had 13 months in the Glaser case happens to be the exact same amount of time you had 13 months to to discover all you wanted to through a bankruptcy proceeding what the facts were start organizing how it connects these defendant and bring a pleading that complies with the rules and you failed to do so and in that case the result was a dismissal with prejudice the the litigants in that case also are the same thing that you're hearing from the appellant which is but just give us another opportunity to amend well in this court found that it was not an abuse of discretion to deny them yet another opportunity to amend and that's rooted in the US Supreme Court case of foam and be Davis where this court where they recognize that one of the reasons you can deny a motion to amend or for leave to amend excuse me is when there's been repeated failures to cure these deficiencies despite previous amendments can you just take a little bit before your time is totally over I'm to address judge quaddle bombs article 3 concern not just with respect to the AG defendants I know your colleague is going to talk more about them but based on the second amendment amended complaint that there's no allegations that would provide for jurisdiction at all I know that jurisdictional issues can be raised at any point in the proceedings because they go to the bedrock of whether or not this court can consider that I think when you consider this entire case in totality there are multiple places where you can take that off-ramp that there is no jurisdiction or you have waived your right for an appellate review you didn't preserve it because you never filed a motion for leave to amend I do think my colleague is going to have more on the article 3 question so I would see that to him if that's okay I'm gonna I see my time is also up there's any additional questions I'm happy to answer it thank you mr. Matthews your honors thank you for permitting the AG to be heard in addition to the other defendants my name is Gene Matthews and I represent the we'll call the AG appellees in this case we come here first there were two instances in both the one and the the final report recommendation one in the judge Hendricks final order where she footnotes our specific pleadings with regard to immunity primarily but also standing in addition to just the basic defects we thought were with the substantive pleadings that's a ja341 and ja393 so that gives you grounds to affirm or remand with instructions on viable alternative grounds that judge Hendricks but enunciated and while we argued strongly at the at the trial level that the she should have dismissed with prejudice we understood her footnote in her order that and I think this echoes one of your questions dismissal without prejudice doesn't mean without consequence and I believe that was with an eye toward statutes of limitations so I I think I understood where judge Hendricks was going with that I don't really have an objection to that to the extent we have an objection if you want to call it that we do think that the judge should have wrestled with and addressed some bedrock principles that we have especially with regard to the AG's role could you just kind of write it I mean we appreciate the AG specific article 3 we want to hear that but yes sir what about the second amended complaint as the operative complaint now whether it's the AG or any of the defendants is there article 3 jurisdiction what your honor we would argue no and the reason is we have a difficult time understanding the injury in fact and redress ability well they seem to be they seem to your colleague says we I think can look at the record which contains information that might provide it and so on that issue alone do you agree or disagree no sir I don't at all and I believe I second judge Hendricks on the point and frankly I believe judge Sherry was the magistrate I believe they both indicated and I believe this this very bench has that once you amend your complaint nullities are nullities period so let's assume there's no jurisdiction article 3 jurisdiction for any defendants under the second amended complaint yes sir there's a following question about whether we could consider whether the court could consider a motion to the to amend the pleading if the if the operative complaint doesn't state article 3 jurisdiction there's a circuit split on that that's not really briefed I'm not trying to hit you with a questionable what force you may you may not be prepared on that but you we may or may not be able to consider the amended complaint even if there is no jurisdiction do you have a position on whether we can or can't well I would adopt frankly the argument that that's well within the courts the judge Hendricks discretion so but we but normally I mean I mean the counter with that if we don't have power we don't have the court doesn't have power it yes sir but the only prayer that the appellants would have is if she did have that authority or if they now want to convince you to exercise that as if she had abused her discretion and that's not true she did not abuse her discretion if anything I was astounded I was actually one of the attorneys litigating at the level and was astounded frankly that the court showed such patience with the with the plaintiffs the first you know the first bite of the apple was the complaint itself okay and it was it was not sufficient for the reasons you're you're well familiar with then there was a second a first amendment complaint the second bite of the apple which okay we didn't we didn't like that but okay they got a chance the third bite of the apple is the one that you your honor that you're referring to the second complaint and it was as defective as the others but for reasons judge Wilkinson indicated you know the opposite way the things that point you make is a good is a good one here this district court showed a great deal of patience here extraordinary patience and frankly we wish that she had not but you you know it's it's hard it's hard for me to say that a district court which acted with admirable patience somehow abused its discretion and what she was presented with when you read all of these different documents she was presented with a model yes you're a complete model and it doesn't it's not something you kick out of court on the basis of where you exceed the required number or whatever it's a comeback to the basic point that it is a question of notice to the defendant and also to the to the court and that the obligation to give notice is transgressed when you present the defendant and you present the court with a total model and that was what was done here and your honor you'd you'd asked an earlier question there was I think 33 defendants in the first complaint 32 in the second the one defendant that was excluded was an executive an administrative assistant at the AG's office whose name appeared somewhere on a CC line on an email but that was the only person excluded from the First Amendment complaint that was also in the original complaint your honors it I see that my my time as long as elapsed and so unless you have a very brief conclusion I've done it your honors let me commend the brief to you especially what we really want what the AG really wants I believe the reason I'm up here there is an opportunity here to educate bench and bar about the immunities specific to prosecutors and their staff and if you remember nothing else from what I've said here please remember this or please hear this this plea to the court especially the absolute immunity that attends to quasi judicial roles of the AG like issuing advisory opinions thanks specifically to that or even discussing whether or not the AG's office is going to assist a state official in litigation I notice a mistake in their pleading the AG has not been sued in state court. I understand your point and that is that the AG's issue advisory opinions all the time every day in a week and that they cannot be dragged into court because someone disagrees maybe with this advisory opinion or that or they'd be doing absolutely nothing but litigating and what you I think it's phrased as saying the advisory opinion it's not a pure adjudicative act but it is an adjudicative act and as a result you would like there to be another grant of quasi judicial immunity to attorneys general when they issue an advisory opinion exactly do for it is what their day-to-day job is all about exactly honored and indeed South Carolina's the South Carolina Supreme Court has already accorded quasi judicial people are being dragged into court in this case for too many infirm reasons yes sir thank you and if there are no other questions I'm happy to sit thank you mr. luck you have some rebuttal time sir thank you your honor and so the invocation of rule one I think is out here and rule one rules a civil procedure that pleadings are to be instrued to do justice and so if there is a situation here where there is as judge Wilkinson has said I muddle if there if that does is present in the first and second complaints it's not from a result of a bad faith act it's these are good faith attempts to correct good faith attempts to corpse correct first amended complaint second amended complaint we've barely talked about the contents of the third you think it depends on good faith so if we were to fall I mean you just said that I'm I didn't strike me that that was relevant like good faith incompetence versus bad faith competence I'm not sure why that would matter I mean if we thought I'm not saying that we do but if we thought that they were you know inadequate for incompetence rather than an adequate for bad faith why would that matter well when you're trying to respond to an order that is less than clear if you're trying to pare down a complaint based on law doesn't necessarily support pairing the complaint down you're doing you respond to it the best you can it's bad faith is when you're making when you're filing these complaints to delay to cause trouble to just for any reason other than trying to get to the heart of the matter that's that's sanctionable that's terrible and that judge Woodson I agree that's that's a terrible thing to do that's when someone takes advantage of the court in bad faith but when someone in good faith tries to comply with an order and is constantly knocked back that's not a reason to prevent their client from seeing some form of relief and we can we have the means to do that here in this case in this appeal through the through the filing of that third amended complaint we haven't talked about it much because it really does fix the alleged infirmities of the prior complaints the the relief is there it's we just need to we as a court we as a society as a need to come together and find a way to get to the filing of this complaint and just proceed with discovery it's now there are other lawsuits yes there mentioned earlier a case in Marion County that was a injunctive relief case that was brought because my client had heard through the grapevine that there was another seizure taking place and bear in receive notice or opportunity to be heard regarding we're not we're not taking lightly the property rights that you serve we're not making any judgment on that we're not making any judgment about the value of your claim or the that you feel with regard to your property and what's being done to it is it purely a matter of having you present your claim in a way that would actually end up affording you a chance of success it's not it's not a question of we don't we disparage your claim that is not what we're doing that is not what I'm doing it's the fact that you have a much better chance of succeeding in what are obviously heartfelt heartfelt situation if there is some clarity and and and in the presentation of your grievances then they can go forward but this is not a it's not a mark of in any way of disrespect toward what you feel has been done to your property okay I believe your yes your honor I know that it is a matter of presenting your claim in a way that maximizes its chance of a respectful hearing on the merits okay yes your honor that's just me all sorts of different views but that's just me well what we have it is it's an opportunity is what it is we're just we have spent quite a bit of a long time up here talking about pleading pleading standards it's not something we see a lot of case law on in the circuit it's an opportunity to clarify that and make sure that the problems the procedures exist for a reason and one of the reasons you know is that when you don't like what a magistrate is done you need to file objections and there needs to be that we're up here on an abuse of discretion standard and there are all kinds of procedural hurdles or jurisdictional conceivable jurisdictional problems and everything but you know hopefully those kinds of things can be avoided from here on out as appellants counsel this is something that I very frequently have to navigate especially when I take up a case that someone else handled on trial level it's it makes it more challenging though that doesn't make the relief any more less warranted because it's the relief is necessary but it does make the path getting there a lot more a lot less straight and that's the fun part of it nobody loves procedural tripwires and I'm sure you think that these are procedural landmines and they're tripwires and they're hard to navigate and I understand that but I do think that the opposing counsel made a very persuasive argument and that was the district judge showed here a lot of commendable patience and it's hard to reverse somebody or just for abuse of their office or the discretion bestowed by their office when they have been as patient as this district judge was here just a simple point well thank you your honor yes she has she was very patient that she's very competent but it doesn't mean that she didn't make a mistake here and that's okay even the best of us make mistakes and I see my time isn't up but I think it's up and we all need to go home for Christmas don't we thank you your honor we thank you sir and we will adjourn court we'll come down and the Greek Council this honorable court stands adjourned sign a die God save the United States in this honorable court
judges: J. Harvie Wilkinson III, Julius N. Richardson, A. Marvin Quattlebaum Jr.